UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| AJAPPJR, LLC<br>c/o MRN<br>629 Euclid Avenue, 11th Floor<br>Cleveland, OH  44114,<br><br>           Plaintiff,<br><br>     v.<br><br>ASSUREDPARTNERS OF OHIO, LLC<br>3900 Kinross Lakes Parkway, Suite 300<br>Richfield, OH  44286,<br><br>AND<br><br>ARTHUR J. GALLAGHER & CO.<br>1111 Superior Avenue, Suite 1601<br>CLEVELAND, OH  44114<br><br>           Defendants. | CASE NO.  1:25-cv-2795<br><br>DEFENDANTS' NOTICE OF REMOVAL |

Defendants AssuredPartners of Ohio, LLC ("AP Ohio") and Arthur J. Gallagher & Co. ("Gallagher") (collectively "Defendants"), by and through their undersigned counsel, hereby remove the above-captioned civil action from the Court of Common Pleas, Cuyahoga County, Ohio, Case No. CV-25-128496, to the United States District Court for the Northern District of Ohio, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Defendants state:

1. On November 20, 2025, Plaintiff AJAPPJR, LLC ("Plaintiff") commenced an action against Defendants in the Cuyahoga County Court of Common Pleas, captioned *AJAPPJR, LLC v. AssuredPartners of Ohio, LLC and Arthur J. Gallagher & Co.*, Case No. CV-25-128496 (the "State Court Action").

2. <u>Service</u>. On or after December 11, 2025, Plaintiff served Defendant Gallagher a copy of the Complaint and Summons. To date, formal service has not been effected as to AP Ohio. Plaintiff directed the Summons and Complaint to a local AP Ohio office in Richfield, Ohio, rather than to AP Ohio's registered agent, CT Corporation.

3. <u>Process, pleadings, and orders</u>. Pursuant to 28 U.S.C. § 1446(a), Defendants attach as **Exhibit A** true and correct copies of all process, pleadings, and orders served upon Gallagher or otherwise filed in the State Court Action. (*See* **Exhibit A**, Dec. 18, 2025, Docket Summary; **Ex. A-1**, Complaint; **Ex. A-2**, Nov. 21, 2025, Summons to AssuredPartners; **Ex. A-3**, Dec. 1, 2025, Certified Mail Return for AP Ohio at its Richfield, Ohio, office (not AP Ohio's Registered Agent); **Ex. A-4**, Nov. 21, 2025, Summons to Gallagher; **Ex. A-5**, Dec. 6, Summons for Gallagher Return to Sender; **Ex. A-6**, Nov. 25, 2025, Journal Entry Setting Conference Call for Jan. 29, 2026; **Ex. A-7**, Dec. 3, 2025, Precipe for Service of Summons and Complaint to Gallagher; **Ex. A-8**, Dec. 4, 2025, Second Summons to Gallagher; **Ex. A-9** Dec. 11, 2025, Certified Mail Return for Gallagher).

4. <u>Timeliness of Removal under 28 U.S.C. § 1446(b)</u>. Plaintiff directed the Summons and Complaint to a local AP Ohio office in Richfield, Ohio, rather than to AP Ohio's registered agent, CT Corporation. Accordingly, the 30-day period under 28 U.S.C. § 1446(b) has not commenced as to AP Ohio. In an abundance of caution, however, this Notice is being timely filed within thirty (30) days of the earliest arguable service date (December 1, 2025) as to either Defendant.

5. <u>Venue</u>. Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1441(a) because the State Court Action is pending in Cuyahoga County, which lies within the Northern District of Ohio, Eastern Division.

6. <u>Basis for federal jurisdiction; diversity of citizenship</u>. This Court has original jurisdiction over this matter pursuant to 28 U.S.C § 1332, and this matter may be removed to this Court pursuant to 28 U.S.C. § 1441(a), in that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and this action involves citizens of different states.

7. <u>Amount in controversy</u>. Plaintiff's Complaint seeks more than $75,000 in damages from Defendants, which satisfies the amount in controversy requirement under 28 U.S.C. § 1332(a). Specifically, Plaintiff's Complaint alleges "compensatory damages in an amount not less than $495,000, plus interest" as well as "punitive damages and attorneys' fees." (*See* **Ex. A-1**, *Complaint*, Prayer for Relief; *see also* ¶¶ 13, 25, 32, 38.) *See Everett v. Verizon Wireless*, 460 F.3d 818, 822 (6th Cir. 2006) (A defendant seeking removal need only show that, assuming the plaintiff proves his claims, the amount in controversy more likely than not exceeds $75,000); *see also McMahon v. Alternative Claims Serv., Inc.*, 521 F. Supp. 2d 656, 659–61 (N.D. Ohio 2007); *Hayes v. Equitable Energy Res. Co.*, 266 F.3d 560, 572–573 (6th Cir. 2001).

8. <u>Diversity of Citizenship</u>. Complete diversity exists. Plaintiff is a citizen of Ohio, while AP Ohio is a citizen of Delaware and Florida, and Defendant Gallagher is a citizen of Delaware and Illinois. Thus, 28 U.S.C. § 1332(a) is satisfied.

    a. <u>Plaintiff's Citizenship</u>. Plaintiff is an Ohio limited liability company. (Ex. A-1, *Compl.*, ¶1.) On information and belief, Plaintiff's members are citizens of Ohio.

    b. <u>Defendant AP Ohio's Citizenship</u>. Defendant AP Ohio's sole member is AssuredPartners Capital Inc., which is a Delaware corporation with its principal place of business in Florida. Therefore, AP Ohio is a citizen of Delaware and Florida for purposes of 28 U.S.C. § 1332. *See Delay v. Rosenthal Collins Group, LLC*, 585 F.3d 1003 (6th Cir.

2009) (holding that for purposes of diversity of citizenship a limited liability company has the citizenship of each of its members).

      c.    <u>Defendant Gallagher's Citizenship</u>. Defendant Gallagher is a Delaware corporation with its principal place of business in Illinois. (*See also* Ex. A-1, *Compl.*, ¶ 3.) For diversity purposes, Gallagher is a citizen of Delaware and Illinois.

9.    <u>Preservation of defenses; no waiver by removal</u>. By removing this action, Defendants do not waive and expressly preserves all defenses, objections, and motions under state or federal law, including but not limited to insufficient process, insufficient service of process, lack of personal jurisdiction, improper venue, and all defenses under Fed. R. Civ. P. 12.

10.    Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file a copy of this Notice of Removal with the Clerk of the Court of Common Pleas, Cuyahoga County, Ohio, and will serve written notice of the removal on Plaintiff. A copy of the Notice of Filing Notice of Removal is attached as **Exhibit B**.

**WHEREFORE**, Defendants AssuredPartners of Ohio, LLC and Arthur J. Gallagher & Co. respectfully request that the above-captioned action now pending in the Cuyahoga County, Ohio Court of Common Pleas be removed to this United States District Court for the Northern District of Ohio, Western Division.

...

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Anthony D. Dick*
    Anthony D. Dick (0084913)
    127 Public Square, Suite 4100
    Cleveland, OH 44114
    Telephone: 216-241-6100
    Facsimile: 216-357-4733
    anthony.dick@ogletree.com

*Attorneys for Defendants AssuredPartners of Ohio, LLC and Arthur J. Gallagher & Co.*

CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2025, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael P. O'Donnell
Lauri P. Hartman
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH  44114

Arthur J. Gallagher & Co.
1111 Superior Avenue, Suite 1601
Cleveland, OH  44114

                                       */s/ Anthony D. Dick*
                                          Anthony D. Dick