# EXHIBIT A

Print

# CASE INFORMATION

## CV-25-128496 AJAPPJR, LLC vs. ASSUREDPARTNERS OF OHIO LLC, ET AL

### Docket Information

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 12/17/2025 | N/A | SR | USPS RECEIPT NO. 58885925 DELIVERED BY USPS 12/11/2025 ARTHUR J. GALLAGHER & CO. PROCESSED BY COC 12/17/2025. | |
| 12/10/2025 | N/A | SR | USPS RECEIPT NO. 58790953 DELIVERED BY USPS 12/01/2025 ASSUREDPARTNERS OF OHIO, LLC PROCESSED BY COC 12/10/2025. | |
| 12/05/2025 | D2 | SR | SUMS COMPLAINT(58885925) SENT BY CERTIFIED MAIL. TO: ARTHUR J. GALLAGHER & CO. C T CORPORATION SYSTEMS 4400 EASTON COMMONS WAY SUITE 125 COLUMBUS, OH 43219-0000 | 📄 |
| 12/04/2025 | D2 | SR | CERTIFIED MAIL RECEIPT NO. 58790954 RETURNED 11/28/2025 FAILURE OF SERVICE ON DEFENDANT ARTHUR J. GALLAGHER & CO. - NOT DELIVRBL AS ADDR NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 12/04/2025 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 12/04/2025 | D2 | CS | WRIT FEE | |
| 12/03/2025 | P1 | SR | PRAECIPE FILED PRAECIPE FOR SERVICE OF SUMMONS AND COMPLAINT | 📄 |
| 11/29/2025 | N/A | SR | CERTIFIED MAIL RECEIPT NO. 58790954 RETURNED 11/28/2025 FAILURE OF SERVICE ON DEFENDANT ARTHUR J. GALLAGHER & CO. - VACANT NOTICE MAILED TO PLAINTIFF(S) ATTORNEY | |
| 11/25/2025 | N/A | JE | CMC BY PHONE SET FOR 01/29/2026 AT 10:00 AM. ALL PARTIES ARE TO CALL CONFERENCE CALL NUMBER 978-990-5000 AND ENTER ACCESS CODE 701774# AT THE SCHEDULED DATE AND TIME. FAILURE OF THE PLAINTIFF TO APPEAR FOR THIS CMC WILL RESULT IN DISMISSAL WITHOUT PREJUDICE. COUNSEL FOR PLAINTIFF(S) SHALL INFORM ALL OPPOSING COUNSEL AND UNREPRESENTED PARTIES OF THE DATE AND TIME OF THE CASE MANAGEMENT CONFERENCE. ANY ATTORNEY OR UNREPRESENTED PARTY WHO IS NOT AVAILABLE WILL BE DEEMED TO HAVE WAIVED HIS/HER PARTICIPATION AND TO HAVE ACCEPTED THE CASE SCHEDULING ORDER ESTABLISHED BY THE COURT. PRIOR TO THE CMC, PARTIES MUST EXCHANGE INITIAL DISCLOSURES PURSUANT TO OHIO CIV. R. 26(B)(3) AND DRAFT A PROPOSED DISCOVERY PLAN PURSUANT TO OHIO CIV. R. 26(F). COUNSEL SHALL FILE WITH THE COURT THE PROPOSED DISCOVERY PLAN AND NOTICE OF INITIAL DISCLOSURES AT LEAST 24 HOURS IN ADVANCE OF THE CMC. IF THE PARTIES ARE UNABLE TO CONFER, PLAINTIFF SHALL PROVIDE EVIDENCE WITH THE COURT OF EFFORTS TO COMPLY WITH THIS ORDER. FAILURE TO DO SO WILL RESULT IN DISMISSAL OF THE CASE WITHOUT PREJUDICE FOR WANT OF PROSECUTION. FAILURE TO APPEAR AT ANY COURT SCHEDULED EVENT IN THE FUTURE MAY RESULT IN DISMISSAL OF PLAINTIFF'S CLAIMS FOR WANT OF PROSECUTION OR JUDGMENT RENDERED AGAINST DEFENDANT. SO ORDERED. CASE MGMNT CONFERENCE SET FOR 01/29/2026 AT 10:00 AM. NOTICE ISSUED | 📄 |
| 11/24/2025 | D2 | SR | SUMS COMPLAINT(58790954) SENT BY CERTIFIED MAIL. TO: ARTHUR J. GALLAGHER & CO. 1111 SUPERIOR AVE STE. 1601 CLEVELAND, OH 44114 | 📄 |
| 11/24/2025 | D1 | SR | SUMS COMPLAINT(58790953) SENT BY CERTIFIED MAIL. TO: ASSUREDPARTNERS OF OHIO, LLC 3900 KINROSS LAKES PARKWAY STE.,300 RICHFIELD, OH 44286 | 📄 |

| 11/21/2025 | N/A | SR | SUMMONS E-FILE COPY COST |
| 11/21/2025 | N/A | SR | SUMMONS E-FILE COPY COST |
| 11/21/2025 | D2 | CS | WRIT FEE |
| 11/21/2025 | D1 | CS | WRIT FEE |
| 11/20/2025 | N/A | SF | JUDGE JEFFREY P SAFFOLD ASSIGNED (RANDOM); COMMERCIAL DOCKET CASE, REASSIGNED TO JUDGE CASSANDRA COLLIER-WILLIAMS (RANDOM) |
| 11/20/2025 | N/A | SF | JUDGE JEFFREY P SAFFOLD ASSIGNED (RANDOM) |
| 11/20/2025 | P1 | SF | LEGAL RESEARCH |
| 11/20/2025 | P1 | SF | LEGAL NEWS |
| 11/20/2025 | P1 | SF | LEGAL AID |
| 11/20/2025 | P1 | SF | COURT SPECIAL PROJECTS FUND |
| 11/20/2025 | P1 | SF | COMPUTER FEE |
| 11/20/2025 | P1 | SF | CLERK'S FEE |
| 11/20/2025 | P1 | SF | DEPOSIT AMOUNT PAID LAURI P HARTMANN |
| 11/20/2025 | N/A | SF | CASE FILED: COMPLAINT, SERVICE REQUEST |



Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

Website Questions or Comments.
Copyright © 2025 PROWARE. All Rights Reserved. 1.1.303

# EXHIBIT A-1

## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| **AJAPPJR, LLC** | ) Case No. |
| c/o MRN | ) |
| 629 Euclid Avenue, 11th Floor | ) Judge |
| Cleveland, Ohio 44114 | ) |
| | ) |
| *Plaint₍₎f,* | ) |
| | ) **COMPLAINT** |
| *v.* | ) |
| | ) |
| **ASSUREDPARTNERS of OHIO, LLC** | ) **Jury Demand Endorsed Hereon** |
| 3900 Kinross Lakes Parkway, Ste 300 | ) |
| Richfield, Ohio 44286 | ) |
| | ) |
| AND | ) |
| | ) |
| **ARTHUR J. GALLAGHER & CO.** | ) |
| 1111 Superior Ave. Ste. 1601, | ) |
| Cleveland Ohio 44114 | ) |
| | ) |
| *D₍₎fendants.* | ) |

Plaintiff AJAPPJR, LLC ("Plaintiff"), hereby states the following actions against the Defendants AssuredPartners of Ohio, LLC ("Assured Partners") and Arthur J. Gallagher & Co. ("Gallagher") (collectively "Defendants" where appropriate):

### PARTIES

1.      Plaintiff is an Ohio Limited Liability company with its place of business at 629 Euclid Avenue, Cleveland, Ohio.

2.      Upon information and belief, defendant Assured Partners is an Ohio Limited Liability company located at 3900 Kinross Lakes Parkway, Ste. 300, Richfield, Ohio, 44286 and, upon information and belief, is now owned by Defendant Gallagher.

3.      Upon information and belief, defendant Gallagher is a Delaware Limited Liability company with its United State headquarters located at 2850 Golf Road, Rolling Meadows, IL 60008 and also having an office located at 323 Lakeside Avenue, Cleveland, Ohio 44113.

## JURISDICTION AND VENUE

4.      Jurisdiction exists in the Cuyahoga County Court of Common Pleas pursuant to Ohio Revised Code Section 2305.01 because this is a civil action with an amount in controversy exceeding $25,000.

5.      This Court has personal jurisdiction over Defendants because they engage in business transactions in Cuyahoga County and all the underlying acts related to this Complaint occurred in Cuyahoga County.

6.      Venue is proper pursuant to Ohio Civil Rule 3 in this Court because the actions giving rise the claims occurred in Cuyahoga County.

## FACTS

7.      Plaintiff incorporates the foregoing allegations in Paragraphs 1 through 6 of the Complaint as if fully set forth herein.

8.      In conjunction with a broad scope of insurance policies which were to renew as of, or about October 1, 2024, Plaintiff engaged with Assured Partners, as its insurance broker, to renew a wide array of commercial insurance coverages and policies for Plaintiff's real estate portfolio, specifically including the property located at 10660 Carnagie Avenue, Cleveland, Ohio, and commonly known as the Tudor Arms Hotel (the "Tudor Arms Hotel" or "Hotel").  At the time of the October 1, 2024 renewals, Assured Partners had been working with and on behalf of Plaintiff as its primary insurance agent and broker for over twenty (20) years and was and remains intricately familiar with Plaintiff's insurance needs.

9.     Assured Partners, obtained multiple policies for Plaintiff covering a variety of real properties and associated risks with multiple insurance carriers including but not limited to certain polices by and through The Travelers Indemnity Company ("Travelers") and The Cincinnati Insurance Company.  Included among the polices were a boiler and machinery policy provided by and through Travelers with respect to boilers, machinery and other equipment at the Tudor Arms Hotel, which policy included, among other coverages, insurance against business income loss.

10.     On or about July 18, 2025, a car collided with a utility pole, which among other results, knocked out power to the Tudor Arms Hotel, among other properties.

11.     Upon power being restored to the Tudor Arms Hotel, several of the Hotel's heating, ventilating and cooling ("HVAC") units were damaged necessitating substantial repair and/or the need for replacement of those units.

12.     Due to the damage to the HVAC units and the needed repair and/or replacement of several of the HVAC units, approximately sixty-five (65) of the Hotel's guest rooms were taken out of service and not available to be rented.

13.     As a result of this incident, AJAPPJR sustained losses, including but not limited to, equipment damage, property damage, and, most significantly, loss of business income as a result of the inability of the Tudor Arms Hotel to sell or otherwise use, on a nightly basis, up to sixty-five (65) rooms due to the lack of available HVAC service.

14.     AJAPPJR believed that the losses including, but not limited to, the business income loss associated with the inability to rent, on a nightly basis, up to sixty-five (65) hotel rooms, were covered by one or more of the Travelers' insurance policies procured by and through Assured Partners.

15.     Due to errors and/or improper actions of Defendants, however, AJAPPJR has learned that the available business income loss coverage is inadequate and not sufficient to cover the actual loss suffered by the Tudor Arms Hotel.

## COUNT I: BREACH OF FIDUCIARY DUTY

16.     Plaintiff incorporates the foregoing allegations in Paragraphs 1 through 15 of the Complaint as if fully set forth herein.

17.     Defendants Assured Partners/Gallagher procure insurance coverage and products for businesses, and, as such, are in a superior position of knowledge and expertise as it pertains to commercial insurance products, services, and coverage.

18.     For more than 20 years, AJAPPJR has reasonably relied upon the expertise of Defendants in procuring the proper insurance for all of its properties including the Tudor Arms Hotel.

19.     AJAPPJR pays nearly $1 million dollars in annual insurance premiums for the policies secured by and through Defendants and, for that consideration, relied on Defendants expertise and reasonably believed it carried sufficient coverage and was properly insured.

20.     AJAPPJR provided Defendants sufficient and reasonably accurate information regarding its business at the Tudor Arms Hotel for the procurement of the insurance policies.

21.     Defendants, however, failed to obtain the requisite amount of insurance and knew or should have known how to properly insure the Tudor Arms Hotel, particularly given that Defendants have been obtaining insurance coverage for the Hotel for approximately 15 years and have been obtaining insurance coverage, in general, on behalf of Plaintiff for in excess of 20 years.

22.     As a result of Defendants failures, the Tudor Arms Hotel was significantly under-insured for its business income losses.

23.     Defendants further failed to notify or disclose to AJAPPJR that they did not carry sufficient coverage for losses it incurred as a result of the July incident.

24.     Defendants' failure to obtain the proper insurance is a breach of their fiduciary duty owed to Plaintiff.

25.     As a result of Defendants' breach, Plaintiff has been damaged in an amount to be proven at trial but in an amount of not less than $495,000.

## COUNT II: NEGLIGENCE

26.     Plaintiff incorporates the foregoing allegations in Paragraphs 1 through 25 of the Complaint as if fully set forth herein.

27.     Defendants have a duty to procure insurance products, services, and coverage in good faith and to exercise reasonable care in advising its customers about the terms, scope of limits of such coverage.

28.     AJAPPJR provided Defendants sufficient and reasonably accurate information regarding its business at the Tudor Arms Hotel for the procurement of the insurance policies.

29.     Defendants, however, failed to obtain the requisite amount of insurance and knew or should have known how to properly insure the Tudor Arms Hotel, particularly given that Defendants have been obtaining insurance coverage for the Hotel specifically for approximately 15 years and have been obtaining insurance coverage, in general, on behalf of Plaintiff for in excess of 20 years.

30.     Defendants failed to advise Plaintiff that its coverage would be insufficient to cover losses such as those that occurred in July of 2025.

31.     Defendants' failure to procure the proper coverage and lack of reasonable care in advising Plaintiff about the terms, scope, and limits of Plaintiff's coverage is a breach of Defendants' duty.

32.     Defendants' breach caused Plaintiff to suffer uncovered losses in an amount to be proven at trial but in an amount not less than $495,000.

### COUNT III: NEGLIGENT MISREPRESENTATION

33.     Plaintiff incorporates the foregoing allegations in Paragraphs 1 through 32 of the Complaint as if fully set forth herein.

34.     Defendants, as insurance brokers, are in the business of gathering information from individuals seeking insurance, providing full and accurate information to the carriers, obtaining the proper coverage through the exercise of reasonable care and competence, and communicating that coverage to its clients.

35.     Plaintiff sought the guidance of Defendants for its insurance coverage needs for the Tudor Arms Hotel.

36.     Plaintiff reasonably relied on Defendants, as experts in the industry and because of the nearly twenty (20) years of experience with this property, to procure the proper coverage, and communicate accurately the terms of that coverage to Plaintiff.

37.     In the process of obtaining and renewing coverage for Plaintiff's, Defendants submitted false, inaccurate, and/or incomplete information to, among others, Travelers.

38.     Because of false, inaccurate, and/or incomplete information provided by Defendants to Travelers, Plaintiff was under insured and was damaged in an amount to be proven at trial but in an amount not less than $495,000.

**WHEREFORE**, Plaintiff AJAPPJR, LLC requests judgment in its favor and against

Assured Partners of Ohio, LLC and Arthur J. Gallagher & Co. jointly and severally, for compensatory damages in an amount not less than $495,000, plus interest, to be established more particularly at trial, and punitive damages and attorneys' fees, and such other and further relief as allowed by law and as this Court deems just and equitable.

Respectfully submitted,

/s/ Michael P. O'Donnell
Michael P. O'Donnell (0078390)
Lauri P. Hartmann (0105246)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH  44114
Telephone: (216) 515-1660
modonnell@frantzward.com
lhartmann@frantzward.com

*Attorneys for Plaint;,f AJAPPJR, LLC*

## JURY DEMAND

Pursuant to Rule 38(B) of the Ohio Rules of Civil Procedure, a trial by a jury composed of the maximum number of jurors permitted by law is hereby demanded by Plaintiff on all issues so triable.

/s/ Michael P. O'Donnell
Michael P. O'Donnell (0078390)
*Attorney for Plaint;,f*

# EXHIBIT A-2

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio **44113**

AJAPPJR, LLC
**Plaintiff**

V.

ASSUREDPARTNERS OF OHIO LLC, ET AL
**Defendant**

**CASE NO.**  CV25128496

**JUDGE**  CASSANDRA COLLIER-WILLIAM

# SUMMONS   SUMC  CM

**Notice ID:**  58790953

| From: | AJAPPJR, LLC | P1 |
| | 629 EUCLID AVENUE, 11TTH FLOOR | |
| | CLEVELAND OH 44114 | |

| Atty.: | MICHAEL P. O'DONNELL |
| | 200 PUBLIC SQUARE |
| | SUITIE  3000 |
| | CLEVELAND, OH 44114-0000 |

| To: | ASSUREDPARTNERS OF OHIO, LLC | D1 |
| | 3900 KINROSS LAKES PARKWAY STE.,300 | |
| | RICHFIELD OH 44286 | |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** <u>11/21/2025</u>

By_____
**Deputy**

CMSN130

# EXHIBIT A-3

Date Produced: 12/08/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3552 4797 77. Our records indicate that this item was delivered on 12/01/2025 at 02:06 p.m. in RICHFIELD, OH 44286. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:       Case   CV25128496

CV25128496 / 58790953 / ASSUREDPARTNERS OF OHIO, LLC / 2025-12-10 05:13   Sent To:  3900 KINROSS LAKES PARKWAY STE.,300  RICHFIELD, OH 44286

# EXHIBIT A-4

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio **44113**

AJAPPJR, LLC
**Plaintiff**

V.

ASSUREDPARTNERS OF OHIO LLC, ET AL
**Defendant**

**CASE NO.**  CV25128496

**JUDGE**  CASSANDRA COLLIER-WILLIAM

# SUMMONS  SUMC  CM

Notice ID:  58790954

| From: | AJAPPJR, LLC | P1 |
| | 629 EUCLID AVENUE, 11TTH FLOOR | |
| | CLEVELAND OH 44114 | |

| Atty.: | MICHAEL P. O'DONNELL |
| | 200 PUBLIC SQUARE |
| | SUITIE  3000 |
| | CLEVELAND, OH 44114-0000 |

| To: | ARTHUR J. GALLAGHER & CO. | D2 |
| | 1111 SUPERIOR AVE STE. 1601 | |
| | CLEVELAND OH 44114 | |

## NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>11/21/2025</u>

By_____
**Deputy**

CMSN130

# EXHIBIT A-5

United States Postal Service®

# CERTIFIED MAIL ®

FIRST-CLASS

US POSTAGE Pitney Bowes

ZIP 44102 $ 009.44⁰
02 7W
0008041111 NOV 24 2025

NAILAH K. BYRD
1200 Ontario
Cleveland, OH 44113

RETURN RECEIPT REQUESTED ELECTRO

Case# CV25128496



9314 8001 1300 3552 4797 91

UTf

ARTHUR J. GALLAGHER & CO.
1111 SUPERIOR AVE STE. 1601
CLEVELAND OH 44114

DEC 0 4 2025

NIXIE      441   FE 1040      0012/02/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 44113161099      *0832-06992-02-24

UTF
44113>16⏺⏺

# EXHIBIT A-6



204713960

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

AJAPPJR, LLC
    Plaintiff

ASSUREDPARTNERS OF OHIO LLC, ET AL
    Defendant

Case No: CV-25-128496

Judge: CASSANDRA COLLIER-WILLIAMS

## JOURNAL ENTRY

CMC BY PHONE SET FOR 01/29/2026 AT 10:00 AM.

ALL PARTIES ARE TO CALL CONFERENCE CALL NUMBER 978-990-5000 AND ENTER ACCESS CODE 701774# AT THE SCHEDULED DATE AND TIME.

FAILURE OF THE PLAINTIFF TO APPEAR FOR THIS CMC WILL RESULT IN DISMISSAL WITHOUT PREJUDICE. COUNSEL FOR PLAINTIFF(S) SHALL INFORM ALL OPPOSING COUNSEL AND UNREPRESENTED PARTIES OF THE DATE AND TIME OF THE CASE MANAGEMENT CONFERENCE.

ANY ATTORNEY OR UNREPRESENTED PARTY WHO IS NOT AVAILABLE WILL BE DEEMED TO HAVE WAIVED HIS/HER PARTICIPATION AND TO HAVE ACCEPTED THE CASE SCHEDULING ORDER ESTABLISHED BY THE COURT.

PRIOR TO THE CMC, PARTIES MUST EXCHANGE INITIAL DISCLOSURES PURSUANT TO OHIO CIV. R. 26(B)(3) AND DRAFT A PROPOSED DISCOVERY PLAN PURSUANT TO OHIO CIV. R. 26(F). COUNSEL SHALL FILE WITH THE COURT THE PROPOSED DISCOVERY PLAN AND NOTICE OF INITIAL DISCLOSURES AT LEAST 24 HOURS IN ADVANCE OF THE CMC. IF THE PARTIES ARE UNABLE TO CONFER, PLAINTIFF SHALL PROVIDE EVIDENCE WITH THE COURT OF EFFORTS TO COMPLY WITH THIS ORDER. FAILURE TO DO SO WILL RESULT IN DISMISSAL OF THE CASE WITHOUT PREJUDICE FOR WANT OF PROSECUTION.

FAILURE TO APPEAR AT ANY COURT SCHEDULED EVENT IN THE FUTURE MAY RESULT IN DISMISSAL OF PLAINTIFF'S CLAIMS FOR WANT OF PROSECUTION OR JUDGMENT RENDERED AGAINST DEFENDANT.

SO ORDERED.

CASE MGMNT CONFERENCE SET FOR 01/29/2026 AT 10:00 AM.

_____
Judge Signature            11/25/2025

11/25/2025

# EXHIBIT A-7



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**PRAECIPE**
**December 3, 2025 09:45**

By: MICHAEL P. O'DONNELL 0078390

Confirmation Nbr. 3690854

AJAPPJR, LLC                                                    CV 25 128496

        vs.

                                                        **Judge:**  CASSANDRA COLLIER-WILLIAMS
ASSUREDPARTNERS OF OHIO LLC, ET AL

**Pages Filed:**  9

## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| **AJAPPJR, LLC**<br>C/O MRN<br>629 Euclid Avenue, 11th Floor<br>Cleveland, Ohio 44114<br><br>*Plaintiffs,*<br><br>*v.*<br><br>**ASSUREDPARTNERS of OHIO, LLC**<br><br>3900 Kinross Lakes Pkway, Ste 300<br>Richfield, Ohio 44286<br><br>AND<br><br>**ARTHUR J. GALLAGHER & CO.**<br><br>323 Lakeside Avenue, #410<br>Cleveland, Ohio 44113<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV-25-128496<br><br><br>**JUDGE CASSANDRA COLLIER-WILLIAMS**<br><br><br><br><br><br>**PRAECIPE FOR SERVICE OF SUMMONS AND COMPLAINT** |

**TO THE CLERK OF THE COURT OF COMMON PLEAS, CUYAHOGA COUNTY, OHIO:** Pursuant to Ohio Civil Rule 4.1(a), please issue a copy of: the Summons and Complaint via U.S. Certified Mail upon the Registered Agent for Defendant Arthur J. Gallagher & Co. at the following address:

C T Corporation Systems
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219

Respectfully submitted,

*/s/ Michael P. O'Donnell*
Michael P. O'Donnell (0078390)
Lauri P. Hartmann (0105246)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH 44114
Telephone: (216) 515-1660
modonnell@frantzward.com
lhartmann@frantzward.com

*Attorneys for Plaintiff AJAPPJR, LLC*



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**November 20, 2025 13:54**

By: LAURI P. HARTMANN 0105246

Confirmation Nbr. 3681298

AJAPPJR, LLC

     vs.

ASSUREDPARTNERS OF OHIO LLC, ET AL

CV 25 128496

**Judge:**  CASSANDRA COLLIER-WILLIAMS

**Pages Filed:**  7

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| **AJAPPJR, LLC** | ) Case No. |
| c/o MRN | ) |
| 629 Euclid Avenue, 11th Floor | ) Judge |
| Cleveland, Ohio 44114 | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) **COMPLAINT** |
| *v.* | ) |
| | ) **Jury Demand Endorsed Hereon** |
| **ASSUREDPARTNERS of OHIO, LLC** | ) |
| 3900 Kinross Lakes Parkway, Ste 300 | ) |
| Richfield, Ohio 44286 | ) |
| | ) |
| AND | ) |
| | ) |
| **ARTHUR J. GALLAGHER & CO.** | ) |
| 1111 Superior Ave. Ste. 1601, | ) |
| Cleveland Ohio 44114 | ) |
| | ) |
| *Defendants.* | ) |

Plaintiff AJAPPJR, LLC ("Plaintiff"), hereby states the following actions against the Defendants AssuredPartners of Ohio, LLC ("Assured Partners") and Arthur J. Gallagher & Co. ("Gallagher") (collectively "Defendants" where appropriate):

## PARTIES

1.      Plaintiff is an Ohio Limited Liability company with its place of business at 629 Euclid Avenue, Cleveland, Ohio.

2.      Upon information and belief, defendant Assured Partners is an Ohio Limited Liability company located at 3900 Kinross Lakes Parkway, Ste. 300, Richfield, Ohio, 44286 and, upon information and belief, is now owned by Defendant Gallagher.

3.      Upon information and belief, defendant Gallagher is a Delaware Limited Liability company with its United State headquarters located at 2850 Golf Road, Rolling Meadows, IL 60008 and also having an office located at 323 Lakeside Avenue, Cleveland, Ohio 44113.

## JURISDICTION AND VENUE

4.      Jurisdiction exists in the Cuyahoga County Court of Common Pleas pursuant to Ohio Revised Code Section 2305.01 because this is a civil action with an amount in controversy exceeding $25,000.

5.      This Court has personal jurisdiction over Defendants because they engage in business transactions in Cuyahoga County and all the underlying acts related to this Complaint occurred in Cuyahoga County.

6.      Venue is proper pursuant to Ohio Civil Rule 3 in this Court because the actions giving rise the claims occurred in Cuyahoga County.

## FACTS

7.      Plaintiff incorporates the foregoing allegations in Paragraphs 1 through 6 of the Complaint as if fully set forth herein.

8.      In conjunction with a broad scope of insurance policies which were to renew as of, or about October 1, 2024, Plaintiff engaged with Assured Partners, as its insurance broker, to renew a wide array of commercial insurance coverages and policies for Plaintiff's real estate portfolio, specifically including the property located at 10660 Carnagie Avenue, Cleveland, Ohio, and commonly known as the Tudor Arms Hotel (the "Tudor Arms Hotel" or "Hotel").  At the time of the October 1, 2024 renewals, Assured Partners had been working with and on behalf of Plaintiff as its primary insurance agent and broker for over twenty (20) years and was and remains intricately familiar with Plaintiff's insurance needs.

9.      Assured Partners, obtained multiple policies for Plaintiff covering a variety of real properties and associated risks with multiple insurance carriers including but not limited to certain polices by and through The Travelers Indemnity Company ("Travelers") and The Cincinnati Insurance Company. Included among the polices were a boiler and machinery policy provided by and through Travelers with respect to boilers, machinery and other equipment at the Tudor Arms Hotel, which policy included, among other coverages, insurance against business income loss.

10.     On or about July 18, 2025, a car collided with a utility pole, which among other results, knocked out power to the Tudor Arms Hotel, among other properties.

11.     Upon power being restored to the Tudor Arms Hotel, several of the Hotel's heating, ventilating and cooling ("HVAC") units were damaged necessitating substantial repair and/or the need for replacement of those units.

12.     Due to the damage to the HVAC units and the needed repair and/or replacement of several of the HVAC units, approximately sixty-five (65) of the Hotel's guest rooms were taken out of service and not available to be rented.

13.     As a result of this incident, AJAPPJR sustained losses, including but not limited to, equipment damage, property damage, and, most significantly, loss of business income as a result of the inability of the Tudor Arms Hotel to sell or otherwise use, on a nightly basis, up to sixty-five (65) rooms due to the lack of available HVAC service.

14.     AJAPPJR believed that the losses including, but not limited to, the business income loss associated with the inability to rent, on a nightly basis, up to sixty-five (65) hotel rooms, were covered by one or more of the Travelers' insurance policies procured by and through Assured Partners.

15.     Due to errors and/or improper actions of Defendants, however, AJAPPJR has learned that the available business income loss coverage is inadequate and not sufficient to cover the actual loss suffered by the Tudor Arms Hotel.

## COUNT I: BREACH OF FIDUCIARY DUTY

16.     Plaintiff incorporates the foregoing allegations in Paragraphs 1 through 15 of the Complaint as if fully set forth herein.

17.     Defendants Assured Partners/Gallagher procure insurance coverage and products for businesses, and, as such, are in a superior position of knowledge and expertise as it pertains to commercial insurance products, services, and coverage.

18.     For more than 20 years, AJAPPJR has reasonably relied upon the expertise of Defendants in procuring the proper insurance for all of its properties including the Tudor Arms Hotel.

19.     AJAPPJR pays nearly $1 million dollars in annual insurance premiums for the policies secured by and through Defendants and, for that consideration, relied on Defendants expertise and reasonably believed it carried sufficient coverage and was properly insured.

20.     AJAPPJR provided Defendants sufficient and reasonably accurate information regarding its business at the Tudor Arms Hotel for the procurement of the insurance policies.

21.     Defendants, however, failed to obtain the requisite amount of insurance and knew or should have known how to properly insure the Tudor Arms Hotel, particularly given that Defendants have been obtaining insurance coverage for the Hotel for approximately 15 years and have been obtaining insurance coverage, in general, on behalf of Plaintiff for in excess of 20 years.

22.     As a result of Defendants failures, the Tudor Arms Hotel was significantly under-insured for its business income losses.

23.     Defendants further failed to notify or disclose to AJAPPJR that they did not carry sufficient coverage for losses it incurred as a result of the July incident.

24.     Defendants' failure to obtain the proper insurance is a breach of their fiduciary duty owed to Plaintiff.

25.     As a result of Defendants' breach, Plaintiff has been damaged in an amount to be proven at trial but in an amount of not less than $495,000.

## COUNT II: NEGLIGENCE

26.     Plaintiff incorporates the foregoing allegations in Paragraphs 1 through 25 of the Complaint as if fully set forth herein.

27.     Defendants have a duty to procure insurance products, services, and coverage in good faith and to exercise reasonable care in advising its customers about the terms, scope of limits of such coverage.

28.     AJAPPJR provided Defendants sufficient and reasonably accurate information regarding its business at the Tudor Arms Hotel for the procurement of the insurance policies.

29.     Defendants, however, failed to obtain the requisite amount of insurance and knew or should have known how to properly insure the Tudor Arms Hotel, particularly given that Defendants have been obtaining insurance coverage for the Hotel specifically for approximately 15 years and have been obtaining insurance coverage, in general, on behalf of Plaintiff for in excess of 20 years.

30.     Defendants failed to advise Plaintiff that its coverage would be insufficient to cover losses such as those that occurred in July of 2025.

31.     Defendants' failure to procure the proper coverage and lack of reasonable care in advising Plaintiff about the terms, scope, and limits of Plaintiff's coverage is a breach of Defendants' duty.

32.     Defendants' breach caused Plaintiff to suffer uncovered losses in an amount to be proven at trial but in an amount not less than $495,000.

### COUNT III: NEGLIGENT MISREPRESENTATION

33.     Plaintiff incorporates the foregoing allegations in Paragraphs 1 through 32 of the Complaint as if fully set forth herein.

34.     Defendants, as insurance brokers, are in the business of gathering information from individuals seeking insurance, providing full and accurate information to the carriers, obtaining the proper coverage through the exercise of reasonable care and competence, and communicating that coverage to its clients.

35.     Plaintiff sought the guidance of Defendants for its insurance coverage needs for the Tudor Arms Hotel.

36.     Plaintiff reasonably relied on Defendants, as experts in the industry and because of the nearly twenty (20) years of experience with this property, to procure the proper coverage, and communicate accurately the terms of that coverage to Plaintiff.

37.     In the process of obtaining and renewing coverage for Plaintiff's, Defendants submitted false, inaccurate, and/or incomplete information to, among others, Travelers.

38.     Because of false, inaccurate, and/or incomplete information provided by Defendants to Travelers, Plaintiff was under insured and was damaged in an amount to be proven at trial but in an amount not less than $495,000.

**WHEREFORE**, Plaintiff AJAPPJR, LLC requests judgment in its favor and against

Assured Partners of Ohio, LLC and Arthur J. Gallagher & Co. jointly and severally, for compensatory damages in an amount not less than $495,000, plus interest, to be established more particularly at trial, and punitive damages and attorneys' fees, and such other and further relief as allowed by law and as this Court deems just and equitable.

Respectfully submitted,

/s/ Michael P. O'Donnell
Michael P. O'Donnell (0078390)
Lauri P. Hartmann (0105246)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH 44114
Telephone: (216) 515-1660
modonnell@frantzward.com
lhartmann@frantzward.com

*Attorneys for Plaint₍ⱼf AJAPPJR, LLC*

## JURY DEMAND

Pursuant to Rule 38(B) of the Ohio Rules of Civil Procedure, a trial by a jury composed of the maximum number of jurors permitted by law is hereby demanded by Plaintiff on all issues so triable.

/s/ Michael P. O'Donnell
Michael P. O'Donnell (0078390)
*Attorney for Plaint₍ⱼf*

# EXHIBIT A-8

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO
Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

AJAPPJR, LLC
**Plaintiff**

V.

ASSUREDPARTNERS OF OHIO LLC, ET AL
**Defendant**

**CASE NO.**   CV25128496

**JUDGE**   CASSANDRA COLLIER-WILLIAM

# SUMMONS   SUMC   CM

**Notice ID:**   58885925

| From: | AJAPPJR, LLC | P1 |
| | 629 EUCLID AVENUE, 11TTH FLOOR | |
| | CLEVELAND OH 44114 | |

| Atty.: | MICHAEL P. O'DONNELL |
| | 200 PUBLIC SQUARE |
| | SUITIE  3000 |
| | CLEVELAND, OH 44114-0000 |

| To: | ARTHUR J. GALLAGHER & CO. | D2 |
| | C T CORPORATION SYSTEMS | |
| | 4400 EASTON COMMONS WAY SUITE 125 | |
| | COLUMBUS OH 43219-0000 | |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>12/04/2025</u>

By_____
**Deputy**

CMSN130

# EXHIBIT A-9

Date Produced: 12/15/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3552 5176 46. Our records indicate that this item was delivered on 12/11/2025 at 11:40 a.m. in COLUMBUS, OH 43224. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:      Case   CV25128496

CV25128496 / 58885925 / ARTHUR J. GALLAGHER & CO. / 2025-12-17 05:15   Sent To:  C T CORPORATION SYSTEMS 4400 EASTON COMMONS WAY SUITE 125 COLUMBUS, OH 4321