**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION - CLEVELAND**

| | |
|---|---|
| **AJAPPJR, LLC,**<br>c/o MRN<br>629 Euclid Avenue, 11th Floor<br>Cleveland, OH 44114,<br><br>Plaintiff,<br><br>v.<br><br>**ASSUREDPARTNERS OF OHIO, LLC**<br>3900 Kinross Lakes Parkway, Suite 300<br>Richfield, OH 44286,<br><br>and<br><br>**ARTHUR J. GALLAGHER & CO.**<br>1111 Superior Avenue, Suite 1601<br>Cleveland, OH 44114,<br><br>Defendants. | Case No.: 1:25-cv-2795<br><br>Judge: Dan Aaron Polster<br><br>**DEFENDANT ASSUREDPARTNERS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Defendant AssuredPartners of Ohio, LLC ("AssuredPartners") moves to dismiss the Complaint filed by Plaintiff AJAPPJR, LLC ("Plaintiff") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. The reasons supporting this Motion are set forth in detail in an accompanying Memorandum.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*By: s/ Melissa A. Lindley*________________
Melissa Lindley (pro hac vice)
Todd J. Kaiser (pro hac vice)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076

*melissa.lindley@ogletree.com*
*todd.kaiser@ogletree.com*

Anthony D. Dick (Atty #0084913)
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
*tony.dick@ogletree.com*

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, a copy of the foregoing *Motion to Dismiss* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael P. O'Donnell
Lauri P. Hartman
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH 44114

*s/ Melissa A. Lindley*________________________
Melissa A. Lindley (*pro hac vice*)
*One of the Attorneys for Defendants*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
*melissa.lindley@ogletree.com*