IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| AJAPPJR, LLC, | ) | CASE NO.: 1:25-cv-2795 |
| | ) | |
| Plaintiff, | ) | Judge Polster |
| | ) | |
| v. | ) | |
| | ) | |
| ASSUREDPARTNERS of OHIO, LLC et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff AJAPPJR, LLC ("Plaintiff") appeals to the United States Court of Appeals for the Sixth Circuit from the Order (RE 19) entered on March 13, 2026, dismissing Plaintiff's Complaint, as well as the Order (RE 22) entered on April 9, 2026, denying Plaintiff's Motion to Amend the Order and, Alternatively, to Amend the Complaint.

Respectfully submitted,

*/s/ Michael P. O'Donnell*
Michael P. O'Donnell (0078390)
Lauri P. Hartmann (0105246)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, Ohio 44114
Telephone: (216) 515-1660
Fax: (216) 515-1650
modonnell@frantzward.com
lhartmnan@frantzward.com

*Attorneys for Plaintiff AJAPPJR, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appeal* was filed electronically this 7th day of May 2026. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Michael P. O'Donnell*
Michael P. O'Donnell

*Attorney for Plaintiff AJAPPJR, LLC*